UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD PERRYMAN,
    Petitioner,

vs.                               Case No.: 3:21cv1825/MCR/ZCB

RICKY D. DIXON,
    Respondent.
_____/

# **ORDER**

The Magistrate Judge issued a Report and Recommendation dated November 18, 2024. (Doc. 33). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 33) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**